UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-61848-MGC

Jim Antonio Alers, on his own behalf,
and on behalf of those similarly situated,

  Plaintiff             **CLASS ACTION**

v

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.,

  Defendants.
_____/

**SUMMONS IN A CIVIL CLASS ACTION**

TO:  **VIRTU FINANCIAL, INC.**
   *c/o* its Headquarters Location
   One Liberty Plaza
   165 Broadway
   New York, NY 10006

   A Class Action Lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           Respectfully and jointly submitted,

           **MAC LEGAL, P.A., CORNISH HERNANDEZ**

**GONZALEZ, PLLC, and LEVY & PARTNERS, PLLC, and jointly,** *as prospective Class counsel and counsel for Plaintiffs*

*/s/Michael A. Citron, Esq.*
Michael A. Citron, Esq.
Florida Bar No.: 105083
Kristen D. Montgomery, Esq.
Florida Bar No.: 1003495
**MAC LEGAL, P.A.**
4601 Sheridan Street, Ste. 205
Hollywood, Florida 33021
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
KMontgomery@maclegalpa.com
Service@maclegalpa.com - Service Address

*/s/* Igor Hernandez
Igor Hernandez, Esq.
Florida Bar No. 106386
**CORNISH HERNANDEZ GONZALEZ, PLLC**
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 - 6058
service@CHGLawyers.com
ihernandez@chglawyers.com

/*s/Ely R. Levy, Esq*.
Ely R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Dated:   Sep 1, 2021



**SUMMONS**

*s/ P. Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   0:21-cv-61848-MGC

Jim Antonio Alers, on his own behalf,
and on behalf of those similarly situated,

    Plaintiff

v

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.,

    Defendants.
_____/

**CLASS ACTION**

## SUMMONS IN A CIVIL CLASS ACTION

TO:   **WOLVERINE SECURITIES, LLC**
*c/o* its Main Office Location
175 W Jackson Boulevard, Ste. 200
Chicago, IL 60604

A Class Action Lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                         Respectfully and jointly submitted,

                         **MAC LEGAL, P.A., CORNISH HERNANDEZ GONZALEZ, PLLC, and LEVY & PARTNERS,**

**PLLC, and jointly,** *as prospective Class counsel and counsel for Plaintiffs*

/s/*Michael A. Citron, Esq.*
Michael A. Citron, Esq.
Florida Bar No.: 105083
Kristen D. Montgomery, Esq.
Florida Bar No.: 1003495
**MAC LEGAL, P.A.**
4601 Sheridan Street, Ste. 205
Hollywood, Florida 33021
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
KMontgomery@maclegalpa.com
Service@maclegalpa.com - Service Address

/s/ Igor Hernandez
Igor Hernandez, Esq.
Florida Bar No. 106386
**CORNISH HERNANDEZ GONZALEZ, PLLC**
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 - 6058
service@CHGLawyers.com
ihernandez@chglawyers.com

/*s/Ely R. Levy, Esq.*
Ely R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Page | 2

Dated:   Sep 1, 2021



**SUMMONS**

Angela E. Noble
Clerk of Court

*s/ P. Curtis*

Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-61848-MGC

Jim Antonio Alers, on his own behalf,
and on behalf of those similarly situated,

    Plaintiff

v

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.,

    Defendants.
    _____/

**CLASS ACTION**

**SUMMONS IN A CIVIL CLASS ACTION**

TO:   **TWO SIGNA SECURITIES, LLC**
      *c/o* its NORTH AMERICAN HEADQUARTERS
      100 Avenue of the Americas, 16th Floor
      New York, NY 10013

      A Class Action Lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Respectfully and jointly submitted,

                **MAC LEGAL, P.A., CORNISH HERNANDEZ GONZALEZ, PLLC, and LEVY & PARTNERS,**

Page | 1

**PLLC, and jointly,** *as prospective Class counsel and counsel for Plaintiffs*

/s/*Michael A. Citron, Esq.*
Michael A. Citron, Esq.
Florida Bar No.: 105083
Kristen D. Montgomery, Esq.
Florida Bar No.: 1003495
**MAC LEGAL, P.A.**
4601 Sheridan Street, Ste. 205
Hollywood, Florida 33021
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
KMontgomery@maclegalpa.com
Service@maclegalpa.com - Service Address

/s/ Igor Hernandez
Igor Hernandez, Esq.
Florida Bar No. 106386
**CORNISH HERNANDEZ GONZALEZ, PLLC**
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 - 6058
service@CHGLawyers.com
ihernandez@chglawyers.com

/*s/Ely R. Levy, Esq.*
Ely R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Dated: Sep 1, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ P. Curtis*

Deputy Clerk
U.S. District Courts

Page | 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:21-cv-61848-MGC

Jim Antonio Alers, on his own behalf,
and on behalf of those similarly situated,

    Plaintiff

v

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.,

    Defendants.
_____/

**CLASS ACTION**

**SUMMONS IN A CIVIL CLASS ACTION**

TO: **APEX CLEARING CORPORATION**
*c/o* C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A Class Action Lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Respectfully and jointly submitted,

    **MAC LEGAL, P.A., CORNISH HERNANDEZ GONZALEZ, PLLC, and LEVY & PARTNERS,**

        **PLLC, and jointly,** *as prospective Class counsel and counsel for Plaintiffs*

        */s/Michael A. Citron, Esq.*
        Michael A. Citron, Esq.
        Florida Bar No.: 105083
        Kristen D. Montgomery, Esq.
        Florida Bar No.: 1003495
        **MAC LEGAL, P.A.**
        4601 Sheridan Street, Ste. 205
        Hollywood, Florida 33021
        Telephone: (954) 395-2954
        Michael@maclegalpa.com – Correspondence
        KMontgomery@maclegalpa.com
        Service@maclegalpa.com - Service Address

        */s/* Igor Hernandez
        Igor Hernandez, Esq.
        Florida Bar No. 106386
        **CORNISH HERNANDEZ GONZALEZ, PLLC**
        2525 Ponce de Leon Blvd, Suite 300
        Coral Gables, Florida 33134
        Phone (305) - 780 - 6058
        service@CHGLawyers.com
        ihernandez@chglawyers.com

        /*s/Ely R. Levy, Esq.*
        Ely R. Levy, Esq.
        Florida Bar No.: 15452
        Venessa Valdes Solis, Esq.
        Florida Bar No. 77122
        **LEVY & PARTNERS, PLLC**
        3230 Stirling Road, Suite 1
        Hollywood, Florida 33021
        Telephone: (954) 727-8570
        elevy@lawlp.com – Service Address
        venessa@lawlp.com – Service Address
        Maritza@lawlp.com – Service Address

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Dated: __Sep 1, 2021__



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ P. Curtis*

Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-61848-MGC

Jim Antonio Alers, on his own behalf,
and on behalf of those similarly situated,

    Plaintiff

v

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.,

    Defendants.
_____/

**CLASS ACTION**

**<u>SUMMONS IN A CIVIL CLASS ACTION</u>**

TO:   **CITADEL SECURITIES, LLC**
      *c/o* C T CORPORATION SYSTEM
      1200 SOUTH PINE ISLAND ROAD
      PLANTATION, FL 33324

      A Class Action Lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                                Respectfully and jointly submitted,

                                **MAC  LEGAL,  P.A.,  CORNISH  HERNANDEZ GONZALEZ, PLLC, and LEVY & PARTNERS,**

PLLC, and jointly, *as prospective Class counsel and counsel for Plaintiffs*

/s/Michael A. Citron, Esq.
Michael A. Citron, Esq.
Florida Bar No.: 105083
Kristen D. Montgomery, Esq.
Florida Bar No.: 1003495
**MAC LEGAL, P.A.**
4601 Sheridan Street, Ste. 205
Hollywood, Florida 33021
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
KMontgomery@maclegalpa.com
Service@maclegalpa.com - Service Address

/s/ Igor Hernandez
Igor Hernandez, Esq.
Florida Bar No. 106386
**CORNISH HERNANDEZ GONZALEZ, PLLC**
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 - 6058
service@CHGLawyers.com
ihernandez@chglawyers.com

/*s/Ely R. Levy, Esq.*
Ely R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Dated: _____Sep 1, 2021_____



**SUMMONS**

*s/ P. Curtis*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:21-cv-61848-MGC

Jim Antonio Alers, on his own behalf,
and on behalf of those similarly situated,

    Plaintiff                                               **CLASS ACTION**

v

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.,

    Defendants.
_____/

**SUMMONS IN A CIVIL CLASS ACTION**

TO:    **ROBINHOOD FINANCIAL, LLC**
        *c/o* INCORPORATING SERVICES, LTD (AS REGISTERED AGENT)
        1540 GLENWAY DR
        TALLAHASSEE, FL 32301

        A Class Action Lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                                                    Respectfully and jointly submitted,

                                                **MAC  LEGAL,  P.A.,  CORNISH  HERNANDEZ GONZALEZ, PLLC, and LEVY & PARTNERS,**

**PLLC, and jointly,** *as prospective Class counsel and counsel for Plaintiffs*

/s/*Michael A. Citron, Esq.*
Michael A. Citron, Esq.
Florida Bar No.: 105083
Kristen D. Montgomery, Esq.
Florida Bar No.: 1003495
**MAC LEGAL, P.A.**
4601 Sheridan Street, Ste. 205
Hollywood, Florida 33021
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
KMontgomery@maclegalpa.com
Service@maclegalpa.com - Service Address

/s/ Igor Hernandez
Igor Hernandez, Esq.
Florida Bar No. 106386
**CORNISH HERNANDEZ GONZALEZ, PLLC**
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 - 6058
service@CHGLawyers.com
ihernandez@chglawyers.com

/*s/Ely R. Levy, Esq.*
Ely R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Page | 2

Dated:   Sep 1, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ P. Curtis*

Deputy Clerk
U.S. District Courts

Page | 3