UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf
and on behalf of those similarly situation*,

    Plaintiffs,

vs.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND SUBMIT JOINT SCHEDULING REPORT

    Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Defendants Robinhood Financial LLC, Citadel Securities LLC, Apex Clearing Corporation, Two Sigma Securities, LLC, Wolverine Securities, LLC and Virtu Financial, Inc. (collectively, the "Defendants"), jointly move unopposed for an extension of time to answer or otherwise respond to Plaintiff's Complaint, and for an extension of time for the Parties to submit their Joint Scheduling Report. Good cause exists for the granting of this motion, as set forth herein.

    1.    This action was commenced when Plaintiff filed his complaint on August 31, 2021.

    2.    Service of process was effectuated on the Defendants on various dates from September 3 to September 7, 2021, resulting in response deadlines ranging from September 24 to September 28, 2021.

    3.    Plaintiff's 26-page complaint contains numerous factual allegations and legal assertions requiring each Defendant to conduct a reasonable investigation in order to formulate its response to the allegations. Moreover, in cases like this involving multiple defendants, the Court's Order of Referral and Order Regarding Court Practices and Procedures (ECF No. 4) (the "Order") requires "joint dispositive motions with co-Parties

unless there are clear conflicts of positions or grounds for relief." Order at 3. Defendants, therefore, move unopposed for a reasonable extension of time, through and including October 25, 2021, to fully and adequately evaluate their positions on the claims set forth in the Complaint, to confer with one another, and to otherwise coordinate the potential submission of a joint motion and briefing in response to the Complaint.

4. Defendants further move unopposed for an extension of time, through and including November 30, 2021, for the Parties to submit their Joint Scheduling Report and Joint Proposed Scheduling Order. The report and proposed order are currently due October 18, 2021. *See* Order at 1. Good cause similarly exists for this extension on the grounds provided above.

5. Undersigned counsel has conferred with Plaintiff's counsel on each form of relief sought herein, and Plaintiff does not object to the requested relief.

6. Defendants' request is made in good faith, not for the purpose of delay, and will not prejudice any of the parties.

7. A proposed order is attached hereto as Exhibit A.

**WHEREFORE**, Defendants respectfully request that the Court enter an order: (1) granting Defendants an extension of time, through and including October 25, 2021, to answer or otherwise respond to the Complaint; and (2) granting an extension of time, through and including November 30, 2021, for the Parties to submit the Joint Scheduling Report and Joint Proposed Scheduling Order.

CERTIFICATE OF GOOD FAITH CONFERENCE
PURSUANT TO LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), counsel for the Defendants conferred via e-mail with Plaintiff's counsel on September 14, 2021, regarding the relief requested herein. Plaintiff does not oppose the requested relief.

Dated: September 15, 2021

Respectfully submitted,

By: */s/ Grace L. Mead*
Grace Mead (Florida Bar No. 49896)
Ryan Thornton (Florida Bar No. 99195)

**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: 305-789-3559
Email: gmead@stearnsweaver.com
Email: rthornton@stearnsweaver.com

Maeve O'Connor (*pro hac vice forthcoming*)
Elliot Greenfield (*pro hac vice forthcoming*)
Brandon Fetzer (*pro hac vice forthcoming*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com
Email: bfetzer@debevoise.com

*Counsel for Defendant Robinhood Financial LLC*

By: */s/ Ian Ross*
Ian Ross (Florida Bar No. 91214)
**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC**
One Biscayne Tower
Two S. Biscayne Boulevard
Suite 1600
Miami, Florida 33131
Telephone: 305.614.1400
Email: iross@sfslaw.com

Andrew Gordon (*pro hac vice forthcoming*)
Jessica Carey (*pro hac vice forthcoming*)
Kristina Bunting (*pro hac vice forthcoming*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: 212.373.3000
Email: agordon@paulweiss.com
Email: jcarey@paulweiss.com
Email: kbunting@paulweiss.com

*Counsel for Defendant Virtu Financial Inc.*

3

By: */s/ Angela D. Daker*
Angela D. Daker (Florida Bar No. 681571)
**WHITE & CASE LLP**
200 South Biscayne Blvd.
Suite 4900
Miami, Florida  33131
Telephone: (305) 371-2700
Email: adaker@whitecase.com

J. Mark Gidley (*pro hac vice forthcoming*)
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 626-3600
Email: mgidley@whitecase.com

Jack E. Pace III (*pro hac vice forthcoming*)
Bryan D. Gant (*pro hac vice forthcoming*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York  10020
Telephone: (212) 819-8200
Email: jpace@whitecase.com
Email: bgant@whitecase.com

*Counsel for Apex Clearing Corporation*

By: */s/ Louise McAlpin*
Louise McAlpin (Florida Bar No. 983810)
Allison Kernisky (Florida Bar No. 41160)
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305.374.8500
Email: louise.mcalpin@hklaw.com
Email: allison.kernisky@hklaw.com

Roger A. Cooper (*pro hac vice forthcoming*)
Jared Gerber (*pro hac vice forthcoming*)
Miranda Gonzalez (*pro hac vice forthcoming*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York  10006
Telephone: 212.225.2000

Email: racooper@cgsh.com
Email: jgerber@cgsh.com
Email: mirgonzalez@cgsh.com

**Counsel for Defendant Two Sigma Securities, LLC**

/s/ John F. O'Sullivan
**Quinn Emanuel Urquhart & Sullivan, LLP**
John F. O'Sullivan (Florida Bar No. 143154)
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 439-5008
johnosullivan@quinnemanuel.com

**Counsel for Defendant Citadel Securities LLC**

/s/ David L. Cavicke
David L. Cavicke
Chief Legal Officer
Wolverine Holdings
175 West Jackson BLVD, Suite 200
Chicago, IL 60604
telephone: (312) 884-4000
dcavicke@wolve.com

**Counsel for Defendant Wolverine Securities, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: *Grace L. Mead*
GRACE L. MEAD

SERVICE LIST

Michael A. Citron, Esq.
Florida Bar No.: 105083
Kristen D. Montgomery, Esq.
Florida Bar No. 1003495
MAC LEGAL, P.A.
3100 N 29th Ct., Suite 100
Hollywood, Florida 33020
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
KMontgomery@maclegalpa.com
Service@maclegalpa.com - Service Address


Igor Hernandez, Esq.
Florida Bar No. 106386
CORNISH HERNANDEZ GONZALEZ, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 – 6058
service@CHGLawyers.com
ihernandez@chglawyers.com


R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
LEVY & PARTNERS, PLLC
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address