UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf
and on behalf of those similarly situation*,

    Plaintiffs,

vs.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.

_____/

### [PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND SUBMIT JOINT SCHEDULING REPORT

THIS MATTER is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and Submit Joint Scheduling Report.

The Court, having reviewed the unopposed Motion and being fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

All defendants in this action for whom service of process has been effectuated shall have until October 25, 2021 to answer or otherwise respond to Plaintiff's Complaint.

The parties shall file a Joint Scheduling Report and Joint Proposed Scheduling Order on or before November 30, 2021.

**DONE AND ORDERED** in Chambers, Miami, Florida this _____ day of September, 2021.

                                                                                              _____
                                                                                              MARCIA G. COOKE
                                                                                              UNITED STATES DISTRICT JUDGE

Copies Furnished to:

*Patrick M. Hunt, U.S. Magistrate Judge*

*All Counsel of Record*