UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf
and on behalf of those similarly situation*,

    Plaintiffs,

vs.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.
_____/

<u>NOTICE OF APPEARANCE</u>

    PLEASE TAKE NOTICE that Ryan T. Thornton, of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., hereby files this notice of appearance as counsel for Defendant Robinhood Financial LLC, and requests that copies of all pleadings, motions, notices, orders and other papers in these proceedings be forwarded to him.

    Respectfully submitted,

    */s/ Ryan T. Thornton*
    Grace L. Mead (Florida Bar No. 49896)
    Ryan T. Thornton (Florida Bar No. 99195)
    **STEARNS WEAVER MILLER**
    Museum Tower
    150 West Flagler Street
    Suite 2200
    Miami, Florida 33130
    Telephone: 305-789-3559
    Email: gmead@stearnsweaver.com
    Email: rthornton@stearnsweaver.com

    Maeve O'Connor (*pro hac vice* forthcoming)
    Elliot Greenfield (*pro hac vice* forthcoming)
    Brandon Fetzer (*pro hac vice* forthcoming)
    **DEBEVOISE & PLIMPTON LLP**
    919 Third Avenue

New York, New York 10022  
Telephone: 212.909.6000  
Email: mloconnor@debevoise.com  
Email: egreenfield@debevoise.com  
Email: bfetzer@debevoise.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By:   *Ryan T. Thornton*
      RYAN T. THORNTON

SERVICE LIST

Michael A. Citron, Esq.
Florida Bar No.: 105083
Kristen D. Montgomery, Esq.
Florida Bar No. 1003495
MAC LEGAL, P.A.
3100 N 29th Ct., Suite 100
Hollywood, Florida 33020
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
KMontgomery@maclegalpa.com
Service@maclegalpa.com - Service Address


Igor Hernandez, Esq.
Florida Bar No. 106386
CORNISH HERNANDEZ GONZALEZ, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 – 6058
service@CHGLawyers.com
ihernandez@chglawyers.com


R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
LEVY & PARTNERS, PLLC
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address