UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| JIM ANTONIO ALERS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD FINANCIAL, LLC, CITADEL SECURITIES, LLC, APEX CLEARING CORPORATION, TWO SIGNA SECURITIES, LLC, WOLVERINE SECURITIES, LLC, and VIRTU FINANCIAL, INC.<br><br>Defendants. | Case No. 21-cv-61848-COOKE/HUNT<br><br>**Putative Class Action** |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Andrew G. Gordon, Esquire, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019, (212) 373-3000, for purposes of appearance as co-counsel on behalf of Virtu Financial, Inc. ("Virtu Financial") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Andrew G. Gordon, Esq. to receive electronic filings in this case, and in support thereof states as follows:

1.  Andrew G. Gordon, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of State Bar of New York; U.S. District Court, Southern District of New York; U.S. District Court, Eastern District of New York; U.S. District Court, Northern District of New York; U.S. District Court, District of Colorado; U.S.

Court of Appeals, Second Circuit; U.S. Court of Appeals, Fifth Circuit; and U.S. District Court, Ninth Circuit.

2.  Movant, Ian M. Ross, Esquire, of the law firm of Stumphauzer Foslid Sloman Ross & Kolaya, PLLC, Two South Biscayne Boulevard, Suite 1600, Miami, FL 33131, (305) 614-1400, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Andrew G. Gordon, Esq. has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto as **Exhibit 1**.

4.  Andrew G. Gordon, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Andrew G. Gordon, Esq. at email address: agordon@paulweiss.com.

WHEREFORE, Ian M. Ross, Esq. moves this Court to enter an Order allowing Andrew G. Gordon, Esq. to appear before this Court on behalf of Virtu Financial for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Andrew G. Gordon, Esq.

*Motion to Appear Pro Hac Vice*
*Case No. 21-cv-61848-COOKE/HUNT*

Date: September 15, 2021

Respectfully submitted,

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC**
Two South Biscayne Boulevard, Suite 1600
Miami, FL 33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425

<u>/s/ Ian M. Ross</u>
IAN M. ROSS
Florida Bar No. 091214
iross@sfslaw.com
JORGE A. PEREZ SANTIAGO
Florida Bar No. 91915
jperezsantiago@sfslaw.com
electronicservice@sfslaw.com

*Attorneys for Virtu Financial, Inc.*

*Motion to Appear Pro Hac Vice*
*Case No. 21-cv-61848-COOKE/HUNT*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

/s/ *Ian M. Ross*
IAN M. ROSS

## SERVICE LIST

**MAC LEGAL, P.A.**
Michael A. Citron, Esq.
Kristen D. Montgomery, Esq.
4601 Sheridan Steet, Ste. 205
Hollywood, FL 33021
Telephone: (954) 395-2954
Michael@maclegalpa.com
KMontgomery@maclegalpa.com
Service@maclegalpa.com

**LEVY & PARTNERS, PLLC**
Ely R. Levy, Esq.
Venessa Valdes Solis, Esq.
3230 Stirling Road, Suite 1
Hollywood, FL 33021
Telephone: (954) 727-8570
elevy@lawlp.com
venessa@lawlp.com
maritza@lawlp.com

**CORNISH HERNANDEZ GONZALEZ, PLLC**
Igor Hernandez, Esq.
2525 Ponce de Leon, Blvd, Suite 300
Coral Gables, FL 33134
Telephone: (305) 780-6058
Service@CHGLawyers.com
ihernandez@CHGLawyers.com

*Counsel for Plaintiff*

**STEARNS WEAVE MILLER WEISSLER ALHADEFF & SITTERSON**
Grace Lee Mead, Esq.
Ryan Thomas Thornton, Esq.
Museum Tower
150 W Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3559
gmead@stearnsweaver.com
RThornton@stearnsweaver.com
*Counsel for Robinhood Financial, LLC*