# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| JIM ANTONIO ALERS, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> ROBINHOOD FINANCIAL, LLC, CITADEL SECURITIES, LLC, APEX CLEARING CORPORATION, TWO SIGNA SECURITIES, LLC, WOLVERINE SECURITIES, LLC, and VIRTU FINANCIAL, INC. <br><br> Defendants. | Case No.  21-CV-61848-COOKE/HUNT <br><br> **Putative Class Action** |

## CERTIFICATION OF ANDREW G. GORDON

I, Andrew G. Gordon, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of State Bar of New York; U.S. District Court, Southern District of New York; U.S. District Court, Eastern District of New York; U.S. District Court, Northern District of New York; U.S. District Court, District of Colorado; U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Fifth Circuit; and U.S. District Court, Ninth Circuit; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Date: September 15, 2021

/s/     *Andrew Gordon*
Andrew G. Gordon
New York State Bar No. 2685352
Email: agordon@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
Telephone: 212.373.3000
Email: agordon@paulweiss.com