**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

Case No.  21-CV-61848-COOKE/HUNT

| | |
|---|---|
| JIM ANTONIO ALERS, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBINHOOD FINANCIAL, LLC, *et al.*,<br><br>　　　　　Defendants. | **Putative Class Action** |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

　　　THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Andrew G. Gordon, Esquire, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), ECF NO. 7, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.

　　　The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

　　　The Motion is GRANTED. Andrew G. Gordon, Esquire, may appear and participate in this action on behalf of Virtu Financial, Inc.  The Clerk shall provide electronic notification of all electronic filings to Andrew G. Gordon, Esq., at agordon@paulweiss.com.

　　　**DONE AND ORDERED** in Chambers, Miami, Florida, this ____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARCIA G. COOKE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record