# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| JIM ANTONIO ALERS, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiff,<br>　v.<br><br>ROBINHOOD FINANCIAL, LLC, CITADEL SECURITIES, LLC, APEX CLEARING CORPORATION, TWO SIGNA SECURITIES, LLC, WOLVERINE SECURITIES, LLC, and VIRTU FINANCIAL, INC.<br><br>　　　　　Defendants. | Case No.  21-CV-61848-COOKE/HUNT<br><br>**Putative Class Action** |

## CERTIFICATION OF JESSICA S. CAREY

　　　　I, Jessica S. Carey, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the State Bar of New York; U.S. District Court, Southern District of New York; U.S. District Court, Eastern District of New York; U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Eleventh Circuit; and U.S. Court of Appeals, District of Columbia Circuit; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Date: September 15, 2021　　　　　　　　　/s/　　*Jessica Carey*　　　　　
　　　　　　　　　　　　　　　　　　　　　Jessica S. Carey
　　　　　　　　　　　　　　　　　　　　　New York State Bar No. 4246146
　　　　　　　　　　　　　　　　　　　　　Email: jcarey@paulweiss.com
　　　　　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND,
　　　　　　　　　　　　　　　　　　　　　WHARTON & GARRISON LLP
　　　　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York  10019
　　　　　　　　　　　　　　　　　　　　　Telephone: 212.373.3000

　　　　　　　　　　　　　　　　　　　　　*Attorney for Virtu Financial, Inc.*