# **EXHIBIT 1**

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| JIM ANTONIO ALERS, *individually and on behalf of all others similarly situated*,<br><br>   Plaintiff,<br>   v.<br><br>ROBINHOOD FINANCIAL, LLC, CITADEL SECURITIES, LLC, APEX CLEARING CORPORATION, TWO SIGNA SECURITIES, LLC, WOLVERINE SECURITIES, LLC, and VIRTU FINANCIAL, INC.<br><br>   Defendants. | Case No. 21-CV-61848-COOKE/HUNT<br><br>**Putative Class Action** |

## CERTIFICATION OF KRISTINA A. BUNTING

I, Kristina A. Bunting, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of New York; New Zealand; U.S. District Court, Southern District of New York; U.S. Court of Appeals, Eleventh Circuit; and the Supreme Court of the United States; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Date: September 15, 2021

/s/   *Kristina Bunting*
Kristina A. Bunting
New York State Bar No. 5510847
Email: kbunting@paulweiss.com
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: 212.373.3000

*Attorney for Virtu Financial, Inc.*