# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

### Case No. 21-CV-61848-COOKE/HUNT

| | |
|---|---|
| JIM ANTONIO ALERS, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> ROBINHOOD FINANCIAL, LLC, *et al.*, <br><br> Defendants. | **Putative Class Action** |

### [PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Kristina A. Bunting, Esquire, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), ECF NO. 9, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.

The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

The Motion is GRANTED. Kristina A. Bunting, Esquire, may appear and participate in this action on behalf of Virtu Financial, Inc. The Clerk shall provide electronic notification of all electronic filings to Kristina A. Bunting, Esq., at kbunting@paulweiss.com.

**DONE AND ORDERED** in Chambers, Miami, Florida, this _____ day of _____, 2021.

                                                              _____
                                                              MARCIA G. COOKE
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record