# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| JIM ANTONIO ALERS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD FINANCIAL, LLC, CITADEL SECURITIES, LLC, APEX CLEARING CORPORATION, TWO SIGNA SECURITIES, LLC, WOLVERINE SECURITIES, LLC, and VIRTU FINANCIAL, INC.<br><br>Defendants. | Case No. 21-cv-61848-COOKE/HUNT<br><br>**Putative Class Action** |

## DEFENDANT VIRTU FINANCIAL, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Virtu Financial, Inc. respectfully submits the following Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant, Virtu Financial, Inc., states that it is a publicly traded company (NASDAQ: VIRT). It does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

*Certificate of Interested Persons and Corporate Disclosure Statement*
Case No.:21-cv-61848-COOKE/HUNT

| | |
|---|---|
| Date: September 15, 2021 | Respectfully submitted, |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC** |
| 1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000 | Two South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>Telephone: (305) 614-1400<br>Facsimile: (305) 614-1425 |
| | /s/ Ian M. Ross |
| Andrew G. Gordon<br>New York State Bar No. 2685352<br>(*pro hac vice* forthcoming)<br>agordon@paulweiss.com | IAN M. ROSS<br>Florida Bar No. 091214<br>iross@sfslaw.com<br>JORGE A. PEREZ SANTIAGO<br>Florida Bar No. 91915 |
| Jessica S. Carey<br>New York State Bar No. 4246146<br>(*pro hac vice* forthcoming)<br>jcarey@paulweiss.com | jperezsantiago@sfslaw.com<br>electronicservice@sfslaw.com |
| Kristina A. Bunting<br>New York State Bar No. 5510847<br>(*pro hac vice* forthcoming)<br>kbunting@paulweiss.com | |

*Attorneys for Virtu Financial, Inc.*

*Certificate of Interested Persons and*
*Corporate Disclosure Statement*
Case No.:21-cv-61848-COOKE/HUNT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

/s/ Ian M. Ross
IAN M. ROSS

## SERVICE LIST

**MAC LEGAL, P.A.**
Michael A. Citron, Esq.
Kristen D. Montgomery, Esq.
4601 Sheridan Steet, Ste. 205
Hollywood, FL 33021
Telephone: (954) 395-2954
Michael@maclegalpa.com
KMontgomery@maclegalpa.com
Service@maclegalpa.com

**LEVY & PARTNERS, PLLC**
Ely R. Levy, Esq.
Venessa Valdes Solis, Esq.
3230 Stirling Road, Suite 1
Hollywood, FL 33021
Telephone: (954) 727-8570
elevy@lawlp.com
venessa@lawlp.com
maritza@lawlp.com

**CORNISH HERNANDEZ GONZALEZ, PLLC**
Igor Hernandez, Esq.
2525 Ponce de Leon, Blvd, Suite 300
Coral Gables, FL 33134
Telephone: (305) 780-6058
Service@CHGLawyers.com
ihernandez@CHGLawyers.com

*Counsel for Plaintiff*

**STEARNS WEAVE MILLER WEISSLER ALHADEFF & SITTERSON**
Grace Lee Mead, Esq.
Ryan Thomas Thornton, Esq.
Museum Tower
150 W Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3559
gmead@stearnsweaver.com
RThornton@stearnsweaver.com
*Counsel for Robinhood Financial, LLC*