# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

|  |  |
|---|---|
| JIM ANTONIO ALERS, *individually and on behalf of all others similarly situated*, | Case No. 21-cv-61848-COOKE/HUNT |
| Plaintiff, | **Putative Class Action** |
| v. | |
| ROBINHOOD FINANCIAL, LLC, CITADEL SECURITIES, LLC, APEX CLEARING CORPORATION, TWO SIGNA SECURITIES, LLC, WOLVERINE SECURITIES, LLC, and VIRTU FINANCIAL, INC. | |
| Defendants. | |

## DEFENDANT VIRTU FINANCIAL, INC.'S
## NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Defendant Virtu Financial, Inc., respectfully submits this Notice of Pending, Refiled, Related, or Similar Actions pursuant to Southern District of Florida Local Rule 3.8, and states that the following consolidated class action pending in the Northern District of California is a similar action or proceeding:

- *In re Robinhood Order Flow Litigation*, Master File No. 4:20-cv-09328-YGR (N.D. Cal.) (consolidating *Kwon v. Robinhood Financial LLC, et al.*, No. 20-cv-9328 (N.D. Cal.), *Luparello v. Robinhood Financial LLC*, No. 4:21-cv-00415-YGR (N.D. Cal.); *Nabi v. Robinhood Financial LLC*, No. 4:21-cv-0755-YGR (N.D. Cal.); *Ghebrehiwet v. Robinhood Financial LLC*, No. 4:21-cv-01739 (N.D. Cal.); and *Landreth v. Robinhood Financial LLC*, No. 4:21-cv-02010-YGR (N.D. Cal.)).

*Notice of Pending, Refiled, Related or Similar Actions*
*Case No. 21-cv-61848-COOKE/HUNT*

Date: September 15, 2021

**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY  10019
Telephone: (212) 373-3000

Andrew G. Gordon
New York State Bar No. 2685352
(*pro hac vice* forthcoming)
agordon@paulweiss.com

Jessica S. Carey
New York State Bar No. 4246146
(*pro hac vice* forthcoming)
jcarey@paulweiss.com

Kristina A. Bunting
New York State Bar No. 5510847
(*pro hac vice* forthcoming)
kbunting@paulweiss.com

Respectfully submitted,

**STUMPHAUZER FOSLID SLOMAN**
**ROSS & KOLAYA, PLLC**
Two South Biscayne Boulevard, Suite 1600
Miami, FL  33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425

/s/ Ian M. Ross
IAN M. ROSS
Florida Bar No. 091214
iross@sfslaw.com
JORGE A. PEREZ SANTIAGO
Florida Bar No. 91915
jperezsantiago@sfslaw.com
electronicservice@sfslaw.com

*Attorneys for Virtu Financial, Inc.*

Notice of Pending, Refiled, Related or Similar Actions
Case No. 21-cv-61848-COOKE/HUNT

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

/s/  Ian M. Ross
IAN M. ROSS

### SERVICE LIST

**MAC LEGAL, P.A.**
Michael A. Citron, Esq.
Kristen D. Montgomery, Esq.
4601 Sheridan Steet, Ste. 205
Hollywood, FL 33021
Telephone: (954) 395-2954
Michael@maclegalpa.com
KMontgomery@maclegalpa.com
Service@maclegalpa.com

**LEVY & PARTNERS, PLLC**
Ely R. Levy, Esq.
Venessa Valdes Solis, Esq.
3230 Stirling Road, Suite 1
Hollywood, FL 33021
Telephone: (954) 727-8570
elevy@lawlp.com
venessa@lawlp.com
maritza@lawlp.com

**CORNISH HERNANDEZ GONZALEZ, PLLC**
Igor Hernandez, Esq.
2525 Ponce de Leon, Blvd, Suite 300
Coral Gables, FL 33134
Telephone: (305) 780-6058
Service@CHGLawyers.com
ihernandez@CHGLawyers.com

*Counsel for Plaintiff*

**STEARNS WEAVE MILLER WEISSLER ALHADEFF & SITTERSON**
Grace Lee Mead, Esq.
Ryan Thomas Thornton, Esq.
Museum Tower
150 W Flagler Street, Suite 2200
Miami, FL 33130
Telephone:  (305) 789-3559
gmead@stearnsweaver.com
RThornton@stearnsweaver.com
*Counsel for Robinhood Financial, LLC*