UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, On His Own Behalf and On Behalf of Those Similarly Situated,

    Plaintiff,

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Louise McAlpin, Esq. from the law firm of Holland & Knight LLP hereby appears as counsel on behalf of Defendant, Two Sigma Securities, LLC,[1] and requests that copies of all notices, pleadings and other papers served or filed in this action be furnished to her at the address shown below.

Dated:  September 20, 2021.

Respectfully submitted,

By: /s/ Louise McAlpin
Louise McAlpin (Florida Bar No. 983810)
Allison Kernisky (Florida Bar No. 41160)
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305.374.8500
Email: louise.mcalpin@hklaw.com
Email: allison.kernisky@hklaw.com

Roger A. Cooper (*pro hac vice* application forthcoming)

---

[1] Two Sigma Securities, LLC is identified incorrectly in the case caption as "Two Signa Securities, LLC."

Jared Gerber (*pro hac vice* application forthcoming)
Miranda Gonzalez (*pro hac vice* application forthcoming)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York  10006
Telephone: 212.225.2000
Email: racooper@cgsh.com
Email: jgerber@cgsh.com
Email: mirgonzalez@cgsh.com

*Counsel for Defendant Two Sigma Securities, LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 20, 2021, I electronically filed the foregoing document with the clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                           */s/ Louise McAlpin*
                                                           Louise McAlpin