UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, On His Own
Behalf and On Behalf of Those
Similarly Situated,

                Plaintiff,

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.

### DEFENDANT TWO SIGMA SECURITIES, LLC'S
### CORPORATE DISCLOSURE STATEMENT

Defendant Two Sigma Securities, LLC ("Defendant")[1] respectfully submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

Defendant has no parent corporation or publicly held corporation owning 10% or more of stock.

Dated: September 20, 2021.

Respectfully submitted,

By: */s/ Allison Kernisky*
Louise McAlpin (Florida Bar No. 983810)
Allison Kernisky (Florida Bar No. 41160)
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305.374.8500
Email: louise.mcalpin@hklaw.com
Email: allison.kernisky@hklaw.com

Roger A. Cooper (*pro hac vice* application forthcoming)
Jared Gerber (*pro hac vice* application

---

[1] Defendant is identified incorrectly in the case caption as "Two Signa Securities, LLC."

forthcoming)
Miranda Gonzalez (*pro hac vice* application forthcoming)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York  10006
Telephone: 212.225.2000
Email: racooper@cgsh.com
Email: jgerber@cgsh.com
Email: mirgonzalez@cgsh.com

***Counsel for Defendant Two Sigma Securities, LLC***

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2021, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Allison Kernisky*
Allison Kernisky