# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, On His Own Behalf and On Behalf of Those Similarly Situated,

                Plaintiff,

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.

## CERTIFICATION OF ROGER A. COOPER

Roger A. Cooper, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the U.S. District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. Court of Appeals for the First Circuit, the U.S. Supreme Court, the U.S. Court of Appeals for the Second Circuit, and the U.S. Court of Appeals for the Federal Circuit; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Dated:  September 20, 2021.

Respectfully submitted,

By: */s/ Roger A. Cooper*
Roger A. Cooper
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York  10006
Telephone: 212.225.2000
Email: racooper@cgsh.com

***Counsel for Two Sigma Securities, LLC***

6