UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, On His Own Behalf and On Behalf of Those Similarly Situated,

          Plaintiff,

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF <u>ELECTRONIC FILING</u>**

THIS CAUSE, having come before the Court on the Motion to Appear *Pro Hac Vice* for Roger A. Cooper, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.

The Court, having considered the Motion and all other relevant factors, hereby ORDERS and ADJUDGES that:

The Motion is GRANTED.  Roger A. Cooper may appear and participate in this action on behalf of Defendant Two Sigma Securities, LLC.  The Clerk shall provide electronic notification of all electronic filings to Roger A. Cooper at racooper@cgsh.com.

DONE and ORDERED in Chambers, Miami, Florida, this ___ day of _____, 2021.

                                                _____
                                                MARCIA G. COOKE
                                                UNITED STATED DISTRICT JUDGE

Copies provided to: All Counsel of Record