5

# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, On His Own Behalf and On Behalf of Those Similarly Situated,

                    Plaintiff,

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.

## **CERTIFICATION OF JARED GERBER**

        Jared Gerber, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the U.S. District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar, the U.S. Supreme Court, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Dated:  September 20, 2021.

                    Respectfully submitted,

                    By: */s/ Jared Gerber*
                    Jared Gerber
                    **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
                    One Liberty Plaza
                    New York, New York  10006
                    Telephone: 212.225.2000
                    Email: jgerber@cgsh.com

                    ***Counsel for Two Sigma Securities, LLC***