UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, On His Own
Behalf and On Behalf of Those
Similarly Situated,

                      Plaintiff,

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.

**MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE ELECTRONICALLY NOTICES OF ELECTRONIC FILING**

      In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Miranda Gonzalez of the law firm of Cleary Gottlieb Steen & Hamilton LLP, offices at One Liberty Plaza, New York, New York 10006, and telephone number (212) 225-2000, for the purpose of appearing as co-counsel on behalf of Defendant Two Sigma Securities, LLC ("Defendant") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Miranda Gonzalez to receive electronic filings in this case, and in support thereof states as follows:

      1.     Miranda Gonzalez is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York.

      2.     Movant, Allison Kernisky of the law firm Holland & Knight LLP, offices at 701 Brickell Avenue, Suite 3300, Miami, Florida 33131, and telephone number (305) 374-

8500, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to being designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Miranda Gonzalez has made payment of the Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto as Exhibit 1.

4. Miranda Gonzalez, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Miranda Gonzalez at email address: mirgonzalez@cgsh.com.

WHEREFORE, Allison Kernisky moves this Court to enter an Order permitting Miranda Gonzalez to appear before this Court on behalf of Defendant Two Sigma Securities LLC, for all purposes relating to the proceedings in the above-styled matter, and directing the Clerk to provide notice of electronic filings to Miranda Gonzalez.

Dated:  September 20, 2021.          Respectfully submitted,

By: */s/ Allison Kernisky*
Louise McAlpin (Florida Bar No. 983810)
Allison Kernisky (Florida Bar No. 41160)
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305.374.8500
Email: louise.mcalpin@hklaw.com
Email: allison.kernisky@hklaw.com

Roger A. Cooper (*pro hac vice* application forthcoming)
Jared Gerber (*pro hac vice* application forthcoming)
Miranda Gonzalez (*pro hac vice* application

forthcoming)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York  10006
Telephone: 212.225.2000
Email: racooper@cgsh.com
Email: jgerber@cgsh.com
Email: mirgonzalez@cgsh.com

*__Counsel for Two Sigma Securities, LLC__*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 20, 2021, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Allison Kernisky*
Allison Kernisky
