# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-cv-61848-COOKE/HUNT

---

JIM ANTONIO ALERS, On His Own
Behalf and On Behalf of Those
Similarly Situated,

                    Plaintiff,

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.

---

## CERTIFICATION OF MIRANDA GONZALEZ

Miranda Gonzalez, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the U.S. District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Dated:  September 20, 2021.

Respectfully submitted,

By: */s/ Miranda Gonzalez*
Miranda Gonzalez
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York  10006
Telephone: 212.225.2000
Email: mirgonzalez@cgsh.com

***Counsel for Two Sigma Securities, LLC***