UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf,
and on behalf of those similarly situated*,

   Plaintiff,

v.

ROBINHOOD FINANCIAL LLC, *et al.*,

   Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Jack E. Pace III, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Jack E. Pace III may appear and participate in this action on behalf of Defendant Apex Clearing Corporation. The Clerk shall provide electronic notification of all electronic filings to Jack E. Pace III at jpace@apexclearing.com.

DONE AND ORDERED in Chambers in Miami, Florida, this ___ day of _____, 2021.

                                                                    _____
                                                                    Marcia G. Cooke
                                                                    United States District Judge

cc:  All Counsel of Record