UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf,
and on behalf of those similarly situated*,

    Plaintiff,

v.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Bryan D. Gant of the law firm White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, (212) 819-8200, for the purposes of appearance as co-counsel on behalf of defendant Apex Clearing Corporation ("Apex") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Bryan D. Gant to receive electronic filings in this case, and in support thereof states as follows:

    1.    Bryan D. Gant is not admitted to practice in the Southern District of Florida.  He is a member in good standing of the State Bar of New York and admitted to practice before the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second Circuit,

the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fifth Circuit, and the United States Court of Appeals for the Eighth Circuit.

2. Movant, Angela D. Daker of the law firm White & Case LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, (305) 371-2700, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through this Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Bryan D. Gant has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Bryan D. Gant, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Bryan D. Gant at email address bgant@whitecase.com.

WHEREFORE, Angela D. Daker moves this Court to enter an Order authorizing Bryan D. Gant to appear before this Court on behalf of Apex, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Bryan D. Gant.[1]

---

[1] Apex Clearing Corporation has not yet responded to the Complaint in this matter. In filing this Motion, Apex Clearing Corporation does not waive, and instead expressly preserves, all rights,

2

| | |
|---|---|
| Date:  September 21, 2021 | Respectfully submitted,<br><br>/s/  Angela D. Daker<br>Angela D. Daker<br>Florida Bar No. 681571<br>adaker@whitecase.com<br><br>WHITE & CASE LLP<br>200 S. Biscayne Blvd., Suite 4900<br>Miami, FL  33131<br>Tel.:   (305) 371-2700<br>Fax:   (305) 358-5744<br><br>*Counsel for Defendant Apex Clearing Corp.* |

---

privileges, immunities, affirmative defenses, and other defenses, including all defenses based upon the lack of personal jurisdiction over it.

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on September 21, 2021, I electronically filed this Motion and the accompanying exhibits with the Clerk of the Court using CM/ECF. I also certify that this Motion and the accompanying exhibits are being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/  Angela D. Daker*
Angela D. Daker