UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf,*
*and on behalf of those similarly situated*,

    Plaintiff,

v.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of J. Mark Gidley of the law firm White & Case LLP, 701 Thirteenth Street, N.W., Washington, D.C. 20005, (202) 626-3600, for the purposes of appearance as co-counsel on behalf of defendant Apex Clearing Corporation ("Apex") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit J. Mark Gidley to receive electronic filings in this case, and in support thereof states as follows:

    1.    J. Mark Gidley is not admitted to practice in the Southern District of Florida. He is a member in good standing of the State Bar of New York and the District of Columbia Bar and admitted to practice before the United States District Court for the District of Columbia, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the First Circuit, the

United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the D.C. Circuit, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court.

2. Movant, Angela D. Daker of the law firm White & Case LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, (305) 371-2700, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through this Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, J. Mark Gidley has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. J. Mark Gidley, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to J. Mark Gidley at email address mgidley@whitecase.com.

WHEREFORE, Angela D. Daker moves this Court to enter an Order authorizing J. Mark Gidley to appear before this Court on behalf of Apex, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to J. Mark Gidley.[1]

Date:  September 21, 2021

Respectfully submitted,

/s/  Angela D. Daker
Angela D. Daker
Florida Bar No. 681571
adaker@whitecase.com

WHITE & CASE LLP
200 S. Biscayne Blvd., Suite 4900
Miami, FL  33131
Tel.:    (305) 371-2700
Fax:    (305) 358-5744

*Counsel for Defendant Apex Clearing Corp.*

---

[1] Apex Clearing Corporation has not yet responded to the Complaint in this matter.  In filing this Motion, Apex Clearing Corporation does not waive, and instead expressly preserves, all rights, privileges, immunities, affirmative defenses, and other defenses, including all defenses based upon the lack of personal jurisdiction over it.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on September 21, 2021, I electronically filed this Motion and the accompanying exhibits with the Clerk of the Court using CM/ECF. I also certify that this Motion and the accompanying exhibits are being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/  Angela D. Daker*
Angela D. Daker