**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 21-cv-61848-COOKE/HUNT**

JIM ANTONIO ALERS, *on his own behalf,*
*and on behalf of those similarly situated*,

    Plaintiff,

v.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.

_____/

## **CERTIFICATION OF J. MARK GIDLEY**

    J. Mark Gidley, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of New York and the District of Columbia Bar and admitted to practice before the United States District Court for the District of Columbia, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the D.C. Circuit, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court; and

(3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

/s/  *J. Mark Gidley*
J. Mark Gidley