UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf,
and on behalf of those similarly situated*,

    Plaintiff,

v.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.

_____/

**DEFENDANT APEX CLEARING CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Apex Clearing Corporation hereby certifies that Apex Clearing Holdings LLC and PEAK6 Investments LLC are parent corporations of Apex Clearing Corporation. Apex Clearing Corporation further certifies that no publicly held corporation has a 10% or greater ownership interest in Apex Clearing Corporation.[1]

Dated:  September 21, 2021

Respectfully submitted,

*/s/  Angela D. Daker*
Angela D. Daker (Florida Bar No. 681571)
**WHITE & CASE LLP**
200 South Biscayne Blvd.
Suite 4900
Miami, Florida  33131
Telephone: (305) 371-2700
Email: adaker@whitecase.com

---

[1] Apex Clearing Corporation has not yet responded to the Complaint in this matter.  In filing this Statement, Apex Clearing Corporation does not waive, and instead expressly preserves, all rights, privileges, immunities, affirmative defenses, and other defenses, including all defenses based upon the lack of personal jurisdiction over it.

        J. Mark Gidley (*pro hac vice forthcoming*)
        **WHITE & CASE LLP**
        701 Thirteenth Street, N.W.
        Washington, D.C.  20005
        Telephone: (202) 626-3600
        Email: mgidley@whitecase.com

        Jack E. Pace III (*pro hac vice forthcoming*)
        Bryan D. Gant (*pro hac vice forthcoming*)
        **WHITE & CASE LLP**
        1221 Avenue of the Americas
        New York, New York  10020
        Telephone: (212) 819-8200
        Email: jpace@whitecase.com
        Email: bgant@whitecase.com

        ***Counsel for Apex Clearing Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Angela D. Daker<br>
Angela D. Daker