**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 21-cv-61848-COOKE/HUNT**

JIM ANTONIO ALERS, *on his own behalf,*
*and on behalf of those similarly situated*,

    Plaintiff,

v.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.

_____/

**NOTICE OF FILING AMENDED PROPOSED ORDER**

    PLEASE TAKE NOTICE that Defendant Apex Clearing Corporation files an amended

proposed Order Granting Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to

Electronically Receive Notices of Electronic Filing to correct the email address for attorney Jack

E. Pace III listed in ECF No. 20-2.[1]

Dated:  September 22, 2021           Respectfully submitted,

                             */s/  Angela D. Daker*
                             Angela D. Daker
                             Florida Bar No. 681571
                             adaker@whitecase.com

                             WHITE & CASE LLP
                             200 S. Biscayne Blvd., Suite 4900
                             Miami, FL  33131
                             Tel.:   (305) 371-2700
                             Fax:    (305) 358-5744

                             *Counsel for Defendant Apex Clearing Corp.*

---

[1] Apex Clearing Corporation has not yet responded to the Complaint in this matter.  In filing this Notice, Apex Clearing Corporation does not waive, and instead expressly preserves, all rights, privileges, immunities, affirmative defenses, and other defenses, including all defenses based upon the lack of personal jurisdiction over it.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on September 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *<u>/s/ Angela D. Daker</u>*
    Angela D. Daker