UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf,*
*and on behalf of those similarly situated*,

   Plaintiff,

v.

ROBINHOOD FINANCIAL LLC, *et al.*,

   Defendants.
_____/

### NOTICE OF FILING AMENDED PROPOSED ORDER

PLEASE TAKE NOTICE that Defendant Apex Clearing Corporation files an amended proposed Order Granting Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing to correct the email address for attorney Bryan D. Gant listed in ECF No. 21-2.[1]

Dated: September 22, 2021

Respectfully submitted,

*/s/ Angela D. Daker*
Angela D. Daker
Florida Bar No. 681571
adaker@whitecase.com

WHITE & CASE LLP
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131
Tel.: (305) 371-2700
Fax: (305) 358-5744

*Counsel for Defendant Apex Clearing Corp.*

---

[1] Apex Clearing Corporation has not yet responded to the Complaint in this matter. In filing this Notice, Apex Clearing Corporation does not waive, and instead expressly preserves, all rights, privileges, immunities, affirmative defenses, and other defenses, including all defenses based upon the lack of personal jurisdiction over it.

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on September 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                 By: */s/ Angela D. Daker*
                    Angela D. Daker