UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf and on behalf of those similarly situated*,

    Plaintiff,

vs.

ROBINHOOD FINANCIAL LLC, CITADEL SECURITIES, LLC, APEX CLEARING CORPORATION, TWO SIGMA SECURITIES, LLC, and VIRTU FINANCIAL, INC.,

    Defendants.

_____/

## CERTIFICATION OF MAEVE L. O'CONNOR

    Maeve L. O'Connor, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of New York, and am admitted to practice in the Southern District of New York, the Eastern District of New York, the Western District of New York, and the Second, Third, Eighth, Ninth and Tenth Circuit Courts of Appeals; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                                            */s/ Maeve L. O'Connor*
                                                                            Maeve L. O'Connor