UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf
and on behalf of those similarly situated*,

    Plaintiff,

vs.

ROBINHOOD FINANCIAL LLC,
CITADEL SECURITIES, LLC, APEX
CLEARING CORPORATION, TWO
SIGMA SECURITIES, LLC, and
VIRTU FINANCIAL, INC.,

    Defendants.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Elliot Greenfield of the law firm of Debevoise & Plimpton, LLP, 919 Third Avenue, New York, NY 10022, Telephone: (212) 906-6000, Email: egreenfield@debevoise.com, for purposes of appearance as counsel on behalf of Robinhood Financial LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Elliot Greenfield to receive electronic filings in this case, and in support thereof states as follows:

    1.    Elliot Greenfield is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of New York, and is admitted to practice in the Southern District of New York, the Eastern District of New York, and the Second, Third and Seventh Circuit Courts of Appeals.

2. Movant, Ryan T. Thornton, Esquire, of the law firm of Stearns Weaver Miller Weissler Ahadeff & Sitterson, P.A., 150 West Flagler Street, Suite 2200, Miami, FL 33130, (305) 789-3200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Elliot Greenfield has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Elliot Greenfield, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Elliot Greenfield at email address: egreenfield@debevoise.com.

WHEREFORE, Ryan T. Thornton, moves for this Court to enter an Order allowing Elliot Greenfield to appear before this Court on behalf of Defendant Robinhood Financial LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Elliot Greenfield.

                      Respectfully submitted,

                      */s/ Ryan T. Thornton*
                      Grace L. Mead (Florida Bar No. 49896)
                      Ryan T. Thornton (Florida Bar No. 99195)
                      **STEARNS WEAVER MILLER**
                      Museum Tower
                      150 West Flagler Street
                      Suite 2200
                      Miami, Florida 33130
                      Telephone: 305-789-3559
                      Email: gmead@stearnsweaver.com
                      Email: rthornton@stearnsweaver.com

Maeve O'Connor (*pro hac vice* application forthcoming)
Elliot Greenfield (*pro hac vice* application forthcoming)
Brandon Fetzer (*pro hac vice* application forthcoming)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York  10022
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com
Email: bfetzer@debevoise.com

*Counsel for Defendant Robinhood Financial LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                                     By: *Ryan T. Thornton*
                                                                             RYAN T. THORNTON