UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf
and on behalf of those similarly situated*,

    Plaintiff,

vs.

ROBINHOOD FINANCIAL LLC,
CITADEL SECURITIES, LLC, APEX
CLEARING CORPORATION, TWO
SIGMA SECURITIES, LLC, and
VIRTU FINANCIAL, INC.,

    Defendants.
_____/

## CERTIFICATION OF BRANDON FETZER

    Brandon Fetzer, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of New York, and am admitted to practice in the Southern District of New York; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                             */s/ Brandon Fetzer*
                                                               Brandon Fetzer