UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf and on behalf of those similarly situated*,

    Plaintiff,

vs.

ROBINHOOD FINANCIAL LLC, CITADEL SECURITIES, LLC, APEX CLEARING CORPORATION, TWO SIGMA SECURITIES, LLC, and VIRTU FINANCIAL, INC.,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Brandon Fetzer, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.

The Court, having reviewed the motion and being fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

The Motion is **GRANTED**. Brandon Fetzer may appear and participate in this action on behalf of Robinhood Financial LLC. The Clerk shall provide electronic notification of all electronic filings to Brandon Fetzer, at bfetzer@debevoise.com.

**DONE AND ORDERED** in Chambers in Miami, Florida this _____ day of _____, 2021.

 

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

#9817507 v1