UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf
and on behalf of those similarly situated*,

    Plaintiff,

vs.

ROBINHOOD FINANCIAL LLC,
CITADEL SECURITIES, LLC, APEX
CLEARING CORPORATION, TWO
SIGMA SECURITIES, LLC, and
VIRTU FINANCIAL, INC.,

    Defendants.
_____/

## DEFENDANT ROBINHOOD FINANCIAL LLC'S CORPORATE DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Robinhood Financial LLC submits the following Corporate Disclosure Statement:

    Defendant Robinhood Financial LLC is a wholly-owned subsidiary of Robinhood Markets, Inc. Robinhood Markets, Inc. is a publicly traded company (NASDAQ: HOOD). Robinhood Markets, Inc. does not have a parent corporation. No publicly held corporation owns 10% or more of the stock in Defendant or in Robinhood Markets, Inc.

Dated: September 22, 2021

                                          Respectfully submitted,

                                          By: */s/ Ryan T. Thornton*
                                          Grace Mead (Florida Bar No. 49896)
                                          Ryan Thornton (Florida Bar No. 99195)
                                          **STEARNS WEAVER MILLER**
                                          Museum Tower
                                          150 West Flagler Street
                                          Suite 2200

        Miami, Florida 33130
Telephone: 305-789-3559
Email: gmead@stearnsweaver.com
Email: rthornton@stearnsweaver.com

Maeve O'Connor (*pro hac vice forthcoming*)
Elliot Greenfield (*pro hac vice forthcoming*)
Brandon Fetzer (*pro hac vice forthcoming*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York  10022
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com
Email: bfetzer@debevoise.com

***Counsel for Defendant Robinhood Financial LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: *Ryan T. Thornton*
RYAN T. THORNTON