# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| JIM ANTONIO ALERS, individually and on behalf of others Similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL, LLC; CITADEL SECURITIES LLC; APEX CLEARING CORPORATION; TWO SIGNA SECURITIES, LLC; WOLVERINE SECURITIES, LLC; and VIRTU FINANCIAL, INC.,<br><br>Defendants. | Case No.: 21-cv-61848-COOKE/HUNT<br><br>**Putative Class Action** |

## NOTICE OF APPEARANCE

John F. O'Sullivan of Quinn Emanuel Urquhart & Sullivan, LLP, 2601 South Bayshore Drive, Suite 1550, Miami, FL 33133, hereby notes his appearance as counsel in this case on behalf of Defendant Citadel Securities LLC. Please copy him with all matters in this case.

Date: October 11, 2021

Respectfully submitted,

/s/ John F. O'Sullivan
John F. O'Sullivan
Fla. Bar No. 143154
johnosullivan@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 439-5008
Secondary: olgagarcia@quinnemanuel.com

*Attorneys for Defendant Citadel Securities LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

 /s/ John F. O'Sullivan
John F. O'Sullivan
Fla. Bar No. 143154
johnosullivan@quinnemanuel.com

*Attorneys for Defendant Citadel Securities LLC*