# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| JIM ANTONIO ALERS, individually and on behalf of others Similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL, LLC; CITADEL SECURITIES LLC; APEX CLEARING CORPORATION; TWO SIGNA SECURITIES, LLC; WOLVERINE SECURITIES, LLC; and VIRTU FINANCIAL, INC.,<br><br>Defendants. | Case No.: 21-cv-61848-COOKE/HUNT<br><br>**Putative Class Action** |

## DEFENDANT CITADEL SECURITIES LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Citadel Securities LLC states as follows:

Citadel Securities LLC is a wholly-owned indirect subsidiary of Citadel Securities GP LLC. No publicly traded corporation owns 10% or more of Citadel Securities GP LLC's stock.

Date: October 11, 2021

Respectfully submitted,

*/s/ John F. O'Sullivan*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
John F. O'Sullivan
Fla. Bar No. 143154
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 439-5008
johnosullivan@quinnemanuel.com
Secondary: olgagarcia@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

*/s/ John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154