UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-61848

JIM ANTONIO ALERS, on his own behalf,
and on behalf of those similarly situated,

    Plaintiff(s)                      **CLASS ACTION**

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC
WOLVERINE SECURITIES, LLC and
VIRTU FINANCIAL, INC.,

    Defendants.

_____

## NOTICE OF APPEARANCE

NOTICE IS GIVEN that James D. Gassenheimer, Esq. of the law firm of Berger Singerman LLP and *Pro Hac Vice* application shall be filed for Matthew J. Dolan, Esq. of Sidley Austin LLP as counsel for Defendant, WOLVERINE SECURITIES, LLC, in the above-referenced matter and respectfully requests that the Court and all counsel of record take notice of this appearance and that all documents filed in this case or required to be served herein be forwarded to the undersigned at the address below.

Dated:  October 21, 2021

BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By:  */s/ James D. Gassenheimer*
James D. Gassenheimer
Florida Bar No. 959987
jgassenheimer@bergersingerman.com
mramos@bergersingerman.com
drt@bergersingerman.com

and

SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7160


By:  */s/ Matthew J. Dolan*
Matthew J. Dolan (*Pro Hac Pending*)
California Bar No. 291150
mdolan@sidley.com

*Attorneys for Defendant*
*Wolverine Securities, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF System upon all parties registered to receive electronic notice on this 21st day of October, 2021.

*/s/ James D. Gassenheimer*
James D. Gassenheimer