UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-61848

JIM ANTONIO ALERS on his own behalf,
and on behalf of those similarly situated,

    Plaintiffs,                              **CLASS ACTION**

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC
WOLVERINE SECURITIES, LLC and
VIRTU FINANCIAL, INC.,

    Defendants.

_____

## **WOLVERINE SECURITIES, LLC RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wolverine Securities, LLC hereby discloses that it is a wholly-owned subsidiary of Wolverine Holdings, L.P.  No publicly held corporation owns 10% or more of Wolverine Holdings, L.P.

| | |
|---|---|
| Dated: October 21, 2021 | BERGER SINGERMAN LLP<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 755-9500<br>Facsimile: (305) 714-4340<br><br>By:  /s/ James D. Gassenheimer<br>James D. Gassenheimer<br>Florida Bar No. 959987<br>jgassenheimer@bergersingerman.com<br>mramos@bergersingerman.com<br>drt@bergersingerman.com<br><br>and<br><br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road<br>Building 1<br>Palo Alto, CA 94304<br>Telephone: (650) 565-7160<br><br><br>By:  /s/ Matthew J. Dolan<br>Matthew J. Dolan (*Pro Hac Pending*)<br>California Bar No. 291150<br>mdolan@sidley.com<br><br>*Attorneys for Defendant*<br>*Wolverine Securities, LLC* |

2

10909853-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF System upon all parties registered to receive electronic notice on this 21st day of October, 2021.

                                            */s/ James D. Gassenheimer*
                                            James D. Gassenheimer

10909853-1