UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-61848

JIM ANTONIO ALERS, on his own behalf,
and on behalf of those similarly situated,

    Plaintiff(s)                         **CLASS ACTION**

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC
WOLVERINE SECURITIES, LLC and
VIRTU FINANCIAL, INC.,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
*CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING***

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Matthew J. Dolan of the law firm of Sidley Austin LLP, 1001 Page Mill Road, Building 1, Palo Alto, CA 94304 (650) 565-7160, for purposes of appearance as co-counsel on behalf of Defendant Wolverine Securities, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Matthew J. Dolan to receive electronic filings in this case, and in support thereof states as follows:

1. Matthew J. Dolan is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the State of California and the State of New York.

2. Movant, James D. Gassenheimer, Esquire, of the law firm of Berger Singerman LP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131, (305) 755-9500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Matthew J. Dolan, has made payment of this Court's $213.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Matthew J. Dolan, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Matthew J. Dolan at email address: mdolan@sidley.com.

WHEREFORE, James D. Gassenheimer, moves this Court to enter an Order granting Matthew J. Dolan to appear before this Court on behalf of Defendant Wolverine Securities, LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Matthew J. Dolan.

Dated:  October 21, 2021

BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By:  */s/ James D. Gassenheimer*
James D. Gassenheimer
Florida Bar No. 959987
jgassenheimer@bergersingerman.com
mramos@bergersingerman.com
drt@bergersingerman.com

and

Matthew J. Dolan*
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7160
mdolan@sidley.com

Attorneys for Defendant
Wolverine Securities, LLC

(*Of the California Bar and New York Bar
*Pro Hac Vice* Application to be filed)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF System upon all parties registered to receive electronic notice on this 21st day of October, 2021.

                                                        */s/ James D. Gassenheimer*
                                                        James D. Gassenheimer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:21-CV-61848**

Jim Antonio Alers on his own behalf,
and on behalf of those similarly situated,

    Plaintiff(s)                     **CLASS ACTION**

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC
WOLVERINE SECURITIES, LLC and
VIRTU FINANCIAL, INC.,

    Defendants.
_____/

## CERTIFICATION OF MATTHEW J. DOLAN

Matthew J. Dolan, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the State of California and the bar of the State of New York; and, (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of October, 2021, at Palo Alto, California.

                                                    */s/ Matthew J. Dolan*
                                                    Matthew J. Dolan

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:21-CV-61848**

Jim Antonio Alers on his own behalf,
and on behalf of those similarly situated,

    Plaintiff(s)                                   **CLASS ACTION**

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC
WOLVERINE SECURITIES, LLC and
VIRTU FINANCIAL, INC.,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC SERVICE**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Matthew J. Dolan, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    **ORDERED AND ADJUDGED** that:

    The Motion is **GRANTED**. Matthew J. Dolan, may appear and participate in this action on behalf of Defendant Wolverine Securities, LLC. The Clerk shall provide electronic notification of all electronic filings to Matthew J. Dolan, at mdolan@sidley.com.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of _____, 2021.

_____
HON. MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record