UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-61848

Jim Antonio Alers on his own behalf,
and on behalf of those similarly situated,

    Plaintiff(s)                                        **CLASS ACTION**

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC
WOLVERINE SECURITIES, LLC and
VIRTU FINANCIAL, INC.,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC SERVICE**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Matthew J. Dolan, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. Matthew J. Dolan, may appear and participate in this action on behalf of Defendant Wolverine Securities, LLC. The Clerk shall provide electronic notification of all electronic filings to Matthew J. Dolan, at mdolan@sidley.com.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of _____, 2021.

_____
HON. MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record