UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-61848

JIM ANTONIO ALERS on his own behalf,
and on behalf of those similarly situated,

    Plaintiffs,                             **CLASS ACTION**

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC
WOLVERINE SECURITIES, LLC and
VIRTU FINANCIAL, INC.,

    Defendants.

_____

## **WOLVERINE SECURITIES, LLC RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wolverine Securities, LLC hereby discloses that it is a wholly-owned subsidiary of Wolverine Holdings, L.P. No publicly held corporation owns 10% or more of Wolverine Holdings, L.P.

Dated: October 22, 2021

BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By:  */s/ James D. Gassenheimer*
James D. Gassenheimer
Florida Bar No. 959987
jgassenheimer@bergersingerman.com
mramos@bergersingerman.com
drt@bergersingerman.com

and

SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7160


By:  */s/ Matthew J. Dolan*
Matthew J. Dolan (*Pro Hac Pending*)
California Bar No. 291150
mdolan@sidley.com

*Attorneys for Defendant*
*Wolverine Securities, LLC*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF System upon all parties registered to receive electronic notice on this 22nd day of October, 2021.

                 */s/ James D. Gassenheimer*
                 James D. Gassenheimer

10909853-1