UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf
and on behalf of those similarly situation*,

    Plaintiffs,

vs.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.
_____/

### [PROPOSED] ORDER ON JOINT MOTION

THIS MATTER is before the Court on the Parties' Joint Motion and Proposed Order Regarding Defendants' Joint Motion to Transfer or Dismiss and Joint Scheduling Report.

The Court, having reviewed the Joint Motion and being fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

Plaintiff's opposition to Defendants' Joint Motion to Transfer or Dismiss shall be due November 29, 2021. Defendants' joint reply in support of the motion shall be due on December 20, 2021.

The parties shall file a Joint Scheduling Report and Joint Proposed Scheduling Order within 30 days of the date on which defendants' Joint Motion to Transfer or Dismiss is decided.

**DONE AND ORDERED** in Chambers, Miami, Florida this _____ day of November, 2021.

                                                                         _____
                                                                         MARCIA G. COOKE
                                                                         UNITED STATES DISTRICT JUDGE

Copies Furnished to:

*Patrick M. Hunt, U.S. Magistrate Judge*

*All Counsel of Record*