UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-61848

Jim Antonio Alers, on his own behalf,
and on behalf of those similarly situated,

    Plaintiff(s)

v

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING CORPORATION,
TWO SIGNA SECURITIES, LLC,
WOLVERINE SECURITIES, LLC, and
VIRTU FINANCIAL, INC.,

    Defendants.
_____/

CLASS ACTION

## MOTION BY PLAINTIFF FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, Jim Alders, on behalf of himself and all others similarly situated ("Plaintiff") by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 15, Local Rule 15.1, respectfully request Plaintiff be permitted leave to file the First Amended Complaint, attached hereto as Exhibit "A." In support thereof, Plaintiff states as follows:

This First Motion for Leave is brought within the time to amend the pleadings and within the time to join additional parties to the pleadings. This First Motion for Leave is brought because following Plaintiff's review of Defendant's Motion to Dismiss [DE 43], Plaintiff seeks to clarify the present Complaint [DE 1] and leave to amend is proper and just. Pursuant to Fed. R. Civ. P 15(a)(2), a Plaintiff can amend his complaint only with opposing party's written consent or with leave of the court. Defendants have been consulted but have not reviewed the amended complaint to determine whether they will consent or oppose to the filing of Plaintiff's first amended complaint, resulting in this motion to the Court.

Plaintiff timely sought the Court's permission to file the first amended complaint where this matter has not yet been issued its Scheduling Order. Thus, absent any apparent or compelling reason for denial, leave to amend should be freely given, as required by Fed. R. Civ. P. 15(a)(2). *See Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962). "[A district court] can deny leave for reasons such as undue delay, bad faith or dilatory motive on the part of the movant." *Delovsky v. Wal-Mart Stores, Inc.*, No. 20-10524, 2021 U.S. App. LEXIS 31507, at *11 (11th Cir. Oct. 20, 2021) (internal citations omitted). Here, Plaintiff timely asserts that his first amended complaint attached to Plaintiff's Motion here, should be afforded the opportunity to test its claim on the merits. Plaintiff has clarified specific allegations against the Defendants and narrowed the class definition to a class of only Florida residents. *See again* Exhibit "A." The clarified amended facts and circumstances underlying the first amended complaint are sufficient to warrant the relief of Rule 15(a)(2). *Mercedes Suros v. Vertilux Ltd.*, No. 20-cv-20781, 2020 U.S. Dist. LEXIS 104952, at *5 (S.D. Fla. June 15, 2020).

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant Plaintiff's request to timely amend the initial complaint filed, in accordance with Fed. R. Civ. P. 15(a)(2). A true and correct copy of the "clean" version of the proposed amended complaint is attached as Exhibit "B."

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)**

Counsel for the moving party hereby certifies that counsel for the movant has conferred with all parties in a good faith effort to resolve the issues raised in the motion and were unable to do so.

Dated: November 26, 2021.

/s/ Igor Hernandez, Esq

Respectfully submitted,

*Counsels for Plaintiff:*

**MAC LEGAL, P.A.**
4601 Sheridan Street, Ste. 205
Hollywood, Florida 33021
Telephone: (954) 395-2954
By: */s/ Michael A. Citron*
**MICHAEL A. CITRON, ESQ.**
Florida Bar No.: 105083
Michael@maclegalpa.com
Service@maclegalpa.com

**CORNISH HERNANDEZ GONZALEZ,
PLLC** 2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) 780-6058
By: */s/ Igor Hernandez*
**IGOR HERNANDEZ, ESQ.**
Florida Bar No. 106386
service@CHGLawyers.com
ihernandez@chglawyers.com

**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1
Hollywood, FL 33021
Phone (954)727-8570
By: */s/ Ely R. Levy*
**ELY R. LEVY, ESQ.**
Florida Bar No. 15452
elevy@lawlp.com
maritza@lawlp.com
VENESSA VALDES SOLIS, ESQ.
Florida Bar No.: 77122
venessa@lawlp.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service

list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: /s/ *Igor Hernandez*
Igor Hernandez, Esq.

## SERVICE LIST

Grace L. Mead (Florida Bar No. 49896)
Ryan T. Thornton (Florida Bar No. 99195)
STEARNS WEAVER MILLER
Museum Tower
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3559
Email: gmead@stearnsweaver.com
Email: rthornton@stearnsweaver.com

Maeve O'Connor (pro hac vice)
Elliot Greenfield (pro hac vice)
Brandon Fetzer (pro hac vice)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com
Email: bfetzer@debevoise.com

**Counsel for Defendant Robinhood Financial LLC**

Ian Ross (Florida Bar No. 91214)
STUMPHAUZER FOSLID SLOMAN ROSS &
KOLAYA, PLLC
One Biscayne Tower
Two S. Biscayne Boulevard, Suite 1600
Miami, Florida 33131
Telephone: (305) 614-1400
Email: iross@sfslaw.com
Andrew Gordon (pro hac vice)

Jessica Carey (pro hac vice)
Kristina Bunting (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: agordon@paulweiss.com
Email: jcarey@paulweiss.com
Email: kbunting@paulweiss.com

**Counsel for Defendant Virtu Financial Inc.**

Angela D. Daker (Florida Bar No. 681571)
WHITE & CASE LLP
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: adaker@whitecase.com

J. Mark Gidley (pro hac vice)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Email: mgidley@whitecase.com

Jack E. Pace III (pro hac vice)
Bryan D. Gant (pro hac vice)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jpace@whitecase.com
Email: bgant@whitecase.com

**Counsel for Apex Clearing Corporation**

Louise McAlpin (Florida Bar No. 983810)
Allison Kernisky (Florida Bar No. 41160)
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Email: louise.mcalpin@hklaw.com
Email: allison.kernisky@hklaw.com

Roger A. Cooper (pro hac vice)
Jared Gerber (pro hac vice)
Miranda Gonzalez (pro hac vice)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Email: racooper@cgsh.com
Email: jgerber@cgsh.com
Email: mirgonzalez@cgsh.com

**Counsel for Defendant Two Sigma Securities, LLC**

John F. O'Sullivan (Florida Bar No. 143154)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
Telephone: (305) 439-5008
johnosullivan@quinnemanuel.com

**Counsel for Defendant Citadel Securities LLC**

James D. Gassenheimer (Florida Bar No. 959987)
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jgassenheimer@bergersingerman.com

Matthew J. Dolan (pro hac vice)
SIDLEY AUSTIN LLP
1001 Page Mill Road Building 1
Palo Alto, California 94304
Telephone: (650) 565-7106
mdolan@sidley.com

**Counsel for Defendant Wolverine Securities, LLC**