UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf
and on behalf of those similarly situation*,

    Plaintiffs,

vs.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.
_____/

### JOINT STIPULATION AND PROPOSED ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff Jim Alers and Defendants Robinhood Financial LLC, Citadel Securities LLC, Apex Clearing Corporation, Two Sigma Securities, LLC, Wolverine Securities, LLC and Virtu Financial, Inc. (collectively, the "Parties"), through undersigned counsel, having conferred, jointly file this stipulation regarding Plaintiff's Motion for Leave to File First Amended Complaint (the "Motion").

    1.    Plaintiff filed the Motion on November 26, 2021 [D.E. 46].

    2.    Defendants do not oppose the filing of the First Amended Complaint.

    3.    Under the Federal Rules of Civil Procedure, Defendants would have 14 days from the date the First Amended Complaint is deemed filed to move or otherwise respond.

    4.    The Parties stipulate and agree that the First Amended Complaint shall be deemed filed on the date the attached proposed order is signed by the Court.

    5.    To account for the upcoming holidays and permit time for coordination among Defendants to jointly move or otherwise respond to the First Amended Complaint, the Parties stipulate to the following response deadlines:

        a.  Defendants shall move or otherwise respond to the First Amended Complaint on or before January 7, 2022.

        b.  Plaintiff's opposition to any motion shall be due January 28, 2022.

  c. Defendants' reply in support of any motion shall be due February 11, 2022.

6. The Parties further agree to extend the deadline for the Joint Scheduling Report and Joint Proposed Scheduling Order to 30 days after Defendants are required to file an answer.

7. This joint stipulation is without prejudice to any party's substantive rights.

8. A proposed order consistent with this joint stipulation is attached hereto.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that they have conferred about the relief sought herein, and that counsel has confirmed that they do not oppose the requested relief.

Dated: December 9, 2021

         Respectfully submitted,

         By: */s/ Michael A. Citron*
         Michael A. Citron, Esq.
         Florida Bar No. 105083
         Kristen D. Montgomery, Esq.
         Florida Bar No. 1003495
         **MAC LEGAL, P.A.**
         4601 Sheridan Street, Suite 205
         Hollywood, Florida 33021
         Telephone: (954) 395-2954
         Michael@maclegalpa.com – Correspondence
         KMontgomery@maclegalpa.com
         Service@maclegalpa.com – Service Address

         Igor Hernandez, Esq.
         Florida Bar No. 106386
         **CORNISH HERNANDEZ GONZALEZ, PLLC**
         2525 Ponce de Leon Blvd., Suite 300
         Coral Gables, Florida  33134
         Telephone: (305) 780-6058
         service@CHGLawyers.com
         ihernandez@chglawyers.com

         Ely R. Levy, Esq.

    Florida Bar No. 15452
    Venessa Valdes Solis, Esq.
    Florida Bar No. 77122
    **LEVY & PARTNERS, PLLC**
    3230 Stirling Road, Suite 1
    Hollywood, Florida 33021
    Telephone: (954) 727-8570
    elevy@lawlp.com – Service Address
    venessa@lawlp.com – Service Address
    Maritza@lawlp.com – Service Address

    *Counsel for Plaintiff Jim Alers*

    By: */s/ Ryan T. Thornton*
    Grace L. Mead (Florida Bar No. 49896)
    Ryan T. Thornton (Florida Bar No. 99195)
    **STEARNS WEAVER MILLER**
    Museum Tower
    150 West Flagler Street, Suite 2200
    Miami, Florida 33130
    Telephone: (305) 789-3559
    Email: gmead@stearnsweaver.com
    Email: rthornton@stearnsweaver.com

    Maeve O'Connor (*pro hac vice*)
    Elliot Greenfield (*pro hac vice*)
    Brandon Fetzer (*pro hac vice*)
    **DEBEVOISE & PLIMPTON LLP**
    919 Third Avenue
    New York, New York 10022
    Telephone: (212) 909-6000
    Email: mloconnor@debevoise.com
    Email: egreenfield@debevoise.com
    Email: bfetzer@debevoise.com

    *Counsel for Defendant Robinhood Financial LLC*

    By: */s/ Ian Ross*
    Ian Ross (Florida Bar No. 91214)
    **STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC**
    One Biscayne Tower
    Two S. Biscayne Boulevard, Suite 1600
    Miami, Florida 33131
    Telephone: (305) 614-1400
    Email: iross@sfslaw.com

Andrew Gordon (*pro hac vice*)
Jessica Carey (*pro hac vice*)
Kristina Bunting (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: agordon@paulweiss.com
Email: jcarey@paulweiss.com
Email: kbunting@paulweiss.com

*Counsel for Defendant Virtu Financial Inc.*

By: */s/ Angela D. Daker*
Angela D. Daker (Florida Bar No. 681571)
**WHITE & CASE LLP**
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: adaker@whitecase.com

J. Mark Gidley (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Email: mgidley@whitecase.com

Jack E. Pace III (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jpace@whitecase.com
Email: bgant@whitecase.com

*Counsel for Apex Clearing Corporation*

By: */s/ Louise McAlpin*
Louise McAlpin (Florida Bar No. 983810)
Allison Kernisky (Florida Bar No. 41160)
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300

4

Miami, Florida 33131
Telephone: (305) 374-8500
Email: louise.mcalpin@hklaw.com
Email: allison.kernisky@hklaw.com

Roger A. Cooper (*pro hac vice*)
Jared Gerber (*pro hac vice*)
Miranda Gonzalez (*pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Email: racooper@cgsh.com
Email: jgerber@cgsh.com
Email: mirgonzalez@cgsh.com

*Counsel for Defendant Two Sigma Securities, LLC*

*/s/ John F. O'Sullivan*
John F. O'Sullivan (Florida Bar No. 143154)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
Telephone: (305) 439-5008
johnosullivan@quinnemanuel.com

*Counsel for Defendant Citadel Securities LLC*

*/s/ James D. Gassenheimer*
James D. Gassenheimer (Florida Bar No. 959987)
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jgassenheimer@bergersingerman.com

Matthew J. Dolan (*pro hac vice*)
**SIDLEY AUSTIN LLP**
1001 Page Mill Road Building 1
Palo Alto, California 94304

5

        Telephone: (650) 565-7106
        mdolan@sidley.com

*Counsel for Defendant Wolverine Securities, LLC*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                    By: */s/ Ryan T. Thornton*
                                                            Ryan T. Thornton

SERVICE LIST

Michael A. Citron, Esq.
Florida Bar No.: 105083
Kristen D. Montgomery, Esq.
Florida Bar No.: 1003495
MAC LEGAL, P.A.
4601 Sheridan Street, Ste. 205
Hollywood, Florida 33021
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
KMontgomery@maclegalpa.com
Service@maclegalpa.com – Service Address


Igor Hernandez, Esq.
Florida Bar No. 106386
CORNISH HERNANDEZ GONZALEZ, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 – 6058
service@CHGLawyers.com
ihernandez@chglawyers.com

Ely R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
LEVY & PARTNERS, PLLC
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address