UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf
and on behalf of those similarly situation*,

      Plaintiffs,

vs.

ROBINHOOD FINANCIAL LLC, *et al.*,

      Defendants.

_____/

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

THIS MATTER is before the Court on the Parties' Joint Stipulation Regarding Plaintiff's Motion for Leave to File First Amended Complaint.

The Court, having reviewed the Joint Stipulation and being fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

Plaintiff's request for leave to file the First Amended Complaint is granted. The First Amended Complaint shall be deemed to have been filed on the date of this Order.

Defendants shall move or otherwise respond to the First Amended Complaint on or before January 7, 2022. Plaintiff's opposition to any motion shall be due January 28, 2022. Defendants' joint reply in support of any motion shall be due on February 11, 2022.

The parties shall file a Joint Scheduling Report and Joint Proposed Scheduling Order within 30 days of the date on which Defendants are required to file an answer.

**DONE AND ORDERED** in Chambers, Miami, Florida this _____ day of December, 2021.

                                                            _____
                                                            MARCIA G. COOKE
                                                            UNITED STATES DISTRICT JUDGE

Copies Furnished to:

*Patrick M. Hunt, U.S. Magistrate Judge*

*All Counsel of Record*