UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf
and on behalf of those similarly situation*,

    Plaintiffs,

vs.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.

_____/

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

THIS MATTER is before the Court on the Parties' Joint Stipulation Regarding Plaintiff's Motion for Leave to File First Amended Complaint, ECF No. 48, and on Plaintiff's First Motion to Amend, ECF No. 46.

The Court, having reviewed the Joint Stipulation and the Motion to Amend and being fully advised of the premises, hereby **ORDERS AND ADJUDGES** as follows:

1. Plaintiff's request for leave to file the First Amended Complaint is granted. Plaintiff is instructed to refile its First Amended Complaint on the docket pursuant to Local Rule 15.1.

2. Defendants shall move or otherwise respond to the First Amended Complaint by January 7, 2022. Plaintiff's opposition to any motion shall be due January 28, 2022. Defendants' joint reply in support of any motion shall be due on February 11, 2022.

3. The parties shall file a Joint Scheduling Report and Joint Proposed Scheduling Order within 30 days of the date on which Defendants are required to file an answer.

**DONE and ORDERED** in Chambers at Miami, Florida, this 14th day of December 2021.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*