UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf
and on behalf of those similarly situation*,

      Plaintiffs,

vs.

ROBINHOOD FINANCIAL LLC, *et al.*,

      Defendants.

_____/

## JOINT MOTION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE

Plaintiff Jim Alers and Defendants Robinhood Financial LLC, Citadel Securities LLC, Apex Clearing Corporation, Two Sigma Securities, LLC, Wolverine Securities, LLC and Virtu Financial, Inc. (collectively, the "Parties"), through undersigned counsel, having conferred, jointly file this motion for an extension of time. Good cause exists for the granting of this motion, as set forth below:

1. Plaintiff filed the Amended Complaint on December 31, 2021.

2. Defendants filed a Joint Motion to Transfer or Dismiss (the "Motion") on January 7, 2022.

3. Plaintiff's opposition to the Motion is due on January 28, 2022.

4. Due to a medical emergency on the part of Plaintiff's counsel that is most familiar with and is handling the Response to the Joint Motion to Transfer or Dismiss, Plaintiff has requested additional time to respond to the Motion.

5. After having conferred, the Parties stipulate and agree that Plaintiff's opposition shall be due on February 11, 2022, and that Defendants' reply shall be due on March 4, 2022.

6. This joint motion is without prejudice to any party's substantive rights.

7. A proposed order consistent with this joint motion is attached hereto.

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that on January 19, 2022, the parties conferred about the relief sought herein. All counsel have agreed to the requested relief.

Dated: January 21, 2022

> Respectfully submitted,
>
> By:  /s/ Michael A. Citron
> Michael A. Citron, Esq.
> Florida Bar No. 105083
> Kristen D. Montgomery, Esq.
> Florida Bar No. 1003495
> **MAC LEGAL, P.A.**
> 4601 Sheridan Street, Suite 205
> Hollywood, Florida 33021
> Telephone: (954) 395-2954
> Michael@maclegalpa.com – Correspondence
> KMontgomery@maclegalpa.com
> Service@maclegalpa.com – Service Address
>
> Igor Hernandez, Esq.
> Florida Bar No. 106386
> **CORNISH HERNANDEZ GONZALEZ, PLLC**
> 2525 Ponce de Leon Blvd., Suite 300
> Coral Gables, Florida 33134
> Telephone: (305) 780-6058
> service@CHGLawyers.com
> ihernandez@chglawyers.com
>
> Ely R. Levy, Esq.
> Florida Bar No. 15452
> Venessa Valdes Solis, Esq.
> Florida Bar No. 77122
> **LEVY & PARTNERS, PLLC**
> 3230 Stirling Road, Suite 1
> Hollywood, Florida 33021
> Telephone: (954) 727-8570
> elevy@lawlp.com – Service Address
> venessa@lawlp.com – Service Address
> Maritza@lawlp.com – Service Address
>
> *Counsel for Plaintiff Jim Alers*

2

By: /s/ Ryan T. Thornton
Grace L. Mead (Florida Bar No. 49896)
Ryan T. Thornton (Florida Bar No. 99195)
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3559
Email: gmead@stearnsweaver.com
Email: rthornton@stearnsweaver.com

Maeve O'Connor (*pro hac vice*)
Elliot Greenfield (*pro hac vice*)
Brandon Fetzer (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com
Email: bfetzer@debevoise.com

*Counsel for Defendant Robinhood Financial LLC*

By: /s/ Ian Ross
Ian Ross (Florida Bar No. 91214)
**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC**
One Biscayne Tower
Two S. Biscayne Boulevard, Suite 1600
Miami, Florida 33131
Telephone: (305) 614-1400
Email: iross@sfslaw.com

Andrew Gordon (*pro hac vice*)
Jessica Carey (*pro hac vice*)
Kristina Bunting (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: agordon@paulweiss.com
Email: jcarey@paulweiss.com
Email: kbunting@paulweiss.com

3

*Counsel for Defendant Virtu Financial Inc.*

By: /s/ Angela D. Daker
Angela D. Daker (Florida Bar No. 681571)
**WHITE & CASE LLP**
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: adaker@whitecase.com

J. Mark Gidley (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Email: mgidley@whitecase.com

Jack E. Pace III (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jpace@whitecase.com
Email: bgant@whitecase.com

*Counsel for Apex Clearing Corporation*

By: /s/ Louise McAlpin
Louise McAlpin (Florida Bar No. 983810)
Allison Kernisky (Florida Bar No. 41160)
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Email: louise.mcalpin@hklaw.com
Email: allison.kernisky@hklaw.com

Roger A. Cooper (*pro hac vice*)
Jared Gerber (*pro hac vice*)
Miranda Gonzalez (*pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000

Email: racooper@cgsh.com
Email: jgerber@cgsh.com
Email: mirgonzalez@cgsh.com

**Counsel for Defendant Two Sigma Securities, LLC**

*/s/ John F. O'Sullivan*
John F. O'Sullivan (Florida Bar No. 143154)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
Telephone: (305) 439-5008
johnosullivan@quinnemanuel.com

**Counsel for Defendant Citadel Securities LLC**

*/s/ James D. Gassenheimer*
James D. Gassenheimer (Florida Bar No. 959987)
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jgassenheimer@bergersingerman.com

Matthew J. Dolan (*pro hac vice*)
**SIDLEY AUSTIN LLP**
1001 Page Mill Road Building 1
Palo Alto, California 94304
Telephone: (650) 565-7106
mdolan@sidley.com

**Counsel for Defendant Wolverine Securities, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: */s/ Ryan T. Thornton*
Ryan T. Thornton

SERVICE LIST

Michael A. Citron, Esq.
Florida Bar No.: 105083
Kristen D. Montgomery, Esq.
Florida Bar No.: 1003495
MAC LEGAL, P.A.
4601 Sheridan Street, Ste. 205
Hollywood, Florida 33021
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
KMontgomery@maclegalpa.com
Service@maclegalpa.com – Service Address


Igor Hernandez, Esq.
Florida Bar No. 106386
CORNISH HERNANDEZ GONZALEZ, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 – 6058
service@CHGLawyers.com
ihernandez@chglawyers.com

Ely R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
LEVY & PARTNERS, PLLC
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address