UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf and on behalf of those similarly situation*,

    Plaintiffs,

vs.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.

_____/

### [PROPOSED] ORDER ON JOINT MOTION

THIS MATTER is before the Court on the Parties' Joint Motion and Proposed Order Regarding Briefing Schedule.

The Court, having reviewed the Joint Motion and being fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

Plaintiff's opposition to Defendants' Joint Motion to Transfer or Dismiss shall be due on February 11, 2022. Defendants' joint reply in support of the motion shall be due on March 4, 2022.

**DONE AND ORDERED** in Chambers, Miami, Florida this _____ day of January, 2022.

                                                                     _____
                                                                     MARCIA G. COOKE
                                                                     UNITED STATES DISTRICT JUDGE

Copies Furnished to:

*Patrick M. Hunt, U.S. Magistrate Judge*

*All Counsel of Record*