UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, on his own
behalf, and onbehalf of those
similarly situated,

    Plaintiff(s),

v.

ROBINHOOD FINANCIAL, LLC,
CITADEL SECURITIES, LLC,
APEX CLEARING
CORPORATION, TWO SIGNA
SECURITIES,LLC, WOLVERINE
SECURITIES, LLC,
and VIRTU FINANCIAL, INC.,

    Defendants.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

THIS MATTER, having come before the Court upon Plaintiff's Motion for Leave to File a Sur-Reply to Defendants' Reply in Support of Motion to Transfer of Dismiss [DE 55], and the Court having reviewed the Motion and being otherwise fully advised, it is hereby:

1. ORDERED and ADJUDGED that the Motion is hereby **GRANTED**.
2. Plaintiff shall have three (3) days from the date of this Order to file a sur-reply to Defendants' Reply in Support of Motion to Transfer or Dismiss.

DONE AND ORDERED in Chambers, West Palm Beach, Palm Beach County, Florida on this ___ day of March, 2022.

                                                                                                                    _____
                                                                                    HONORABLE MARCIA G. COOKE
                                                                                     U.S. DISTRICT COURT JUDGE

Copies furnished to:
*All Counsel of Record*
*Patrick M. Hunt, U.S. Magistrate Judge*