UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf
and on behalf of those similarly situation*,

    Plaintiffs,

vs.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.

_____/

## DEFENDANTS' MOTION FOR LEAVE TO FILE LIMITED RESPONSE TO PLAINTIFF'S SUR-REPLY

    Defendants Robinhood Financial LLC, Citadel Securities LLC, Apex Clearing Corporation, Two Sigma Securities, LLC, Wolverine Securities, LLC and Virtu Financial, Inc. (collectively, the "Defendants"), through undersigned counsel, file this motion requesting leave of Court to file the attached, limited response to Plaintiff's Sur-Reply in Opposition to Defendants' Joint Motion to Transfer or Dismiss [D.E. 58]. Good cause exists for the granting of this motion, as set forth below:

    1.    Plaintiff filed the Amended Complaint on December 31, 2021.

    2.    Defendants filed a Joint Motion to Transfer or Dismiss (the "Motion") on January 7, 2022. Plaintiff filed his response on February 11, 2022, and Defendants their reply on March 4, 2022.

    3.    On March 11, 2022, Plaintiff requested leave to file a sur-reply. The Court granted Plaintiff's request on the conditions that the sur-reply not exceed three pages and that it be "limited to any new arguments Defendants did not make in their initial motion to transfer or dismiss." [D.E. 57]. On March 16, Plaintiff filed his sur-reply. [D.E. 58].

    4.    While Plaintiff's sur-reply is limited to three pages, it inappropriately requests a stay of these proceedings, and Plaintiff's assertion that he has already responded to Defendants' reply arguments is not appropriate material for a sur-reply.

5. Accordingly, Defendants request leave to file a limited response to Plaintiff's sur-reply. The proposed response is attached as Exhibit 1.

6. A proposed order granting this Motion is attached as Exhibit 2.

WHEREFORE, Defendants respectfully request the Court: (i) grant this Motion, (ii) deem Defendants' proposed response, attached hereto, filed as of the date of the order, and (iii) grant any such further relief as the Court deems proper.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that on March 23, 2022, they conferred with counsel for Plaintiff regarding the relief sought herein. Plaintiff objects to the requested relief.

Dated: March 23, 2022

Respectfully submitted,

By: /s/ Ryan T. Thornton
Grace L. Mead (Florida Bar No. 49896)
Ryan T. Thornton (Florida Bar No. 99195)
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3559
Email: gmead@stearnsweaver.com
Email: rthornton@stearnsweaver.com

Maeve O'Connor (*pro hac vice*)
Elliot Greenfield (*pro hac vice*)
Brandon Fetzer (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com
Email: bfetzer@debevoise.com

*Counsel for Defendant Robinhood Financial LLC*

By: /s/ Ian Ross
Ian Ross (Florida Bar No. 91214)

2

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC**
One Biscayne Tower
Two S. Biscayne Boulevard, Suite 1600
Miami, Florida 33131
Telephone: (305) 614-1400
Email: iross@sfslaw.com

Andrew Gordon (*pro hac vice*)
Jessica Carey (*pro hac vice*)
Kristina Bunting (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: agordon@paulweiss.com
Email: jcarey@paulweiss.com
Email: kbunting@paulweiss.com

*Counsel for Defendant Virtu Financial Inc.*

By: */s/ Angela D. Daker*
Angela D. Daker (Florida Bar No. 681571)
**WHITE & CASE LLP**
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: adaker@whitecase.com

J. Mark Gidley (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Email: mgidley@whitecase.com

Jack E. Pace III (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jpace@whitecase.com
Email: bgant@whitecase.com

*Counsel for Apex Clearing Corporation*

By: */s/ Louise McAlpin*
Louise McAlpin (Florida Bar No. 983810)
Allison Kernisky (Florida Bar No. 41160)
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Email: louise.mcalpin@hklaw.com
Email: allison.kernisky@hklaw.com

Roger A. Cooper (*pro hac vice*)
Jared Gerber (*pro hac vice*)
Miranda Gonzalez (*pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Email: racooper@cgsh.com
Email: jgerber@cgsh.com
Email: mirgonzalez@cgsh.com

*Counsel for Defendant Two Sigma Securities, LLC*

*/s/ John F. O'Sullivan*
John F. O'Sullivan (Florida Bar No. 143154)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
Telephone: (305) 439-5008
johnosullivan@quinnemanuel.com

*Counsel for Defendant Citadel Securities LLC*

*/s/ James D. Gassenheimer*
James D. Gassenheimer (Florida Bar No. 959987)
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 755-9500

4

Facsimile: (305) 714-4340
Email: jgassenheimer@bergersingerman.com

Matthew J. Dolan (*pro hac vice*)
**SIDLEY AUSTIN LLP**
1001 Page Mill Road Building 1
Palo Alto, California 94304
Telephone: (650) 565-7106
mdolan@sidley.com

*Counsel for Defendant Wolverine Securities, LLC*

5

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on March 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                By: */s/ Ryan T. Thornton*
                   Ryan T. Thornton

SERVICE LIST

Michael A. Citron, Esq.
Florida Bar No.: 105083
Kristen D. Montgomery, Esq.
Florida Bar No.: 1003495
MAC LEGAL, P.A.
4601 Sheridan Street, Ste. 205
Hollywood, Florida 33021
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
KMontgomery@maclegalpa.com
Service@maclegalpa.com – Service Address


Igor Hernandez, Esq.
Florida Bar No. 106386
CORNISH HERNANDEZ GONZALEZ, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 – 6058
service@CHGLawyers.com
ihernandez@chglawyers.com

Ely R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
LEVY & PARTNERS, PLLC
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address