UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, *on his own behalf and on behalf of those similarly situation*,

    Plaintiffs,

vs.

ROBINHOOD FINANCIAL LLC, *et al.*,

    Defendants.
_____/

### [PROPOSED] ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE LIMITED RESPONSE TO SUR-REPLY

THIS MATTER is before the Court on Defendants' Motion for Leave to File Limited Response to Plaintiff's Sur-Reply.

The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

1. Defendants' Motion is GRANTED.
2. The response attached to Defendants' Motion is deemed filed as of the date of this order.

**DONE AND ORDERED** in Chambers, Miami, Florida this _____ day of March, 2022.

                                                                _____
                                                                 MARCIA G. COOKE
                                                                 UNITED STATES DISTRICT JUDGE

Copies Furnished to:

*Patrick M. Hunt, U.S. Magistrate Judge*

*All Counsel of Record*