UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-MGC

JIM ANTONIO ALERS, on his own behalf, and on
behalf of those similarly situated,

        Plaintiff,

v.

ROBINHOOD FINANCIAL, LLC, CITADEL
SECURITIES, LLC, APEX CLEARING
CORPORATION, TWO SIGNA SECURITIES,
LLC, WOLVERINE SECURITIES, LLC,
and VIRTU FINANCIAL, INC.,

        Defendants.
_____/

## MOTION OF MIRANDA GONZALEZ FOR LEAVE
## TO WITHDRAW AS COUNSEL FOR DEFENDANT TWO SIGMA SECURITIES LLC

In accordance with Local Rules 7.1(a)(1)–(2) and 11.1(d)(3), Miranda Gonzalez requests permission to withdraw as counsel in this action for Defendant Two Sigma Securities LLC.[1]

    1.    On September 22, 2021, the Court granted Miranda Gonzalez's motion to appear *pro hac vice* on behalf of Defendant Two Sigma Securities LLC.

    2.    On April 15, 2022, Miranda Gonzalez will be leaving the firm Cleary Gottlieb Steen & Hamilton LLP.

    3.    Attorneys Roger A. Cooper and Jared Gerber of Cleary Gottlieb Steen & Hamilton LLP will continue to represent Defendant Two Sigma Securities LLC in this action. Miranda Gonzalez's withdrawal will therefore cause no continuance or delay.

---

[1] Plaintiff's Amended Complaint incorrectly refers to this Defendant as Two *Signa* Securities, LLC.

4. In accordance with Local Rule 11.1(d)(3), a copy of this motion is being provided to Defendant Two Sigma Securities LLC.

5. As required by Local Rule 7.1(a)(2), a proposed order is attached.

WHEREFORE, Miranda Gonzalez requests an order allowing her to withdraw as counsel for Defendant Two Sigma Securities LLC, and discharging her from all further obligation and responsibility in this action.

Dated: April 8, 2022                     Respectfully submitted,

/s/ Miranda Gonzalez
Miranda Gonzalez
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Phone: (212) 225-2000
Email: mirgonzalez@cgsh.com

Of Counsel
Louise McAlpin (Florida Bar No. 983810)
Allison Kernisky (Florida Bar No. 41160)
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Email: louise.mcalpin@hklaw.com
Email: allison.kernisky@hklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

> By: /s/ Allison Kernisky
> Allison Kernisky