UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61848-COOKE/HUNT

JIM ANTONIO ALERS, on his own behalf, and
on behalf of those similarly situated,

    Plaintiffs,

v.

ROBINHOOD FINANCIAL LLC, et al.,

    Defendants.

---

### MOTION OF LOUISE MCALPIN FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT TWO SIGMA SECURITIES LLC

In accordance with Local Rules 7.1(a)(1)–(2) and 11.1(d)(3), Louise McAlpin requests permission to withdraw as counsel in this action for Defendant Two Sigma Securities LLC.

1. On April 30, 2022, Ms. McAlpin will be leaving the firm Holland & Knight LLP.

2. Attorney Allison Kernisky of Holland & Knight LLP and attorneys Roger A. Cooper and Jared Gerber of Cleary Gottlieb Steen & Hamilton LLP will continue to represent Defendants in this action. Ms. McAlpin's withdrawal will therefore cause no continuance or delay.

3. In accordance with Local Rule 11.1(d)(3), a copy of this motion is being provided to Defendants.

4. As required by Local Rule 7.1(a)(2), a proposed order is attached.

WHEREFORE, Louise McAlpin requests an order allowing her to withdraw as counsel for Defendant Two Sigma Securities LLC, and discharging her from all further obligation and responsibility in this action.

Dated: April 14, 2022.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ Louise McAlpin*
Louise McAlpin (Florida Bar No. 983810)
Allison Kernisky (Florida Bar No. 41160)
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Email: louise.mcalpin@hklaw.com
Email: allison.kernisky@hklaw.com

Roger A. Cooper (pro hac vice)
Jared Gerber (pro hac vice)
Miranda Gonzalez (pro hac vice)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Email: racooper@cgsh.com
Email: jgerber@cgsh.com
Email: mirgonzalez@cgsh.com

*Counsel for Defendant Two Sigma Securities LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2022, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Louise McAlpin*
Louise McAlpin
